UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MELANIE LEONARD and STUART MCLAUGHLIN,

        Plaintiffs,

 -against-

UNITED STATES OF AMERICA,

        Defendant.

------------------------------------- x

ORDER

19 Civ. 3165 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

  This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
    September 22, 2020

                SO ORDERED.

                *George B. Daniels*
                GEORGE B. DANIELS
                United States District Judge